UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | NOTICE OF MOTION FOR JUDGMENT OF DEFAULT AND FORFEITURE OF THE BOND |
| -v. - | : | |
| JOSE MEDINA, a/k/a "Lou," | : | 11 Cr. 676 (RJS) |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

PLEASE TAKE NOTICE that, upon the annexed declaration of Alvin Bragg, Assistant United States Attorney, dated May 30, 2012, and upon all papers and prior proceedings herein, the United States of America will move before the Honorable Richard J. Sullivan, United States District Judge for the Southern District of New York, at 500 Pearl Street, Courtroom 21C, at a time to be determined by the Court, for an order and a judgment of default pursuant to Rule 46(f) of the Federal Rules of Criminal Procedure of the $200,000 bond for the defendant JOSE MEDINA (the "defendant"), signed by the defendant and co-signed by BETZANDY GONZALEZ, MARTHA HALL and CLARA CUELLO, and secured by $10,000 in cash.

Dated: New York, New York
       May 30, 2012

                                        PREET BHARARA
                                        United States Attorney

                                    By: _____
                                        ALVIN BRAGG
                                        Assistant United States Attorney
                                        (212) 637-1085

To:   Clerk of the Court
      (For Service Upon Sureties Under Rule 46(f)(3)(C))