UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

JOSE MEDINA,

                Defendant.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-30-12
```

No. 11 Cr. 676 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

On May 30, 2012, the government filed on ECF a "Notice of Motion for Judgment of Default and Forfeiture of the Bond" (the "Notice"), in which it indicated that it will move "at a time to be determined by the Court, for an order and a judgment of default[,] pursuant to Rule 46(f) of the Federal Rules of Criminal Procedure[,] of the $200,000 bond for [Defendant], signed by . . . [D]efendant and co-signed by BETZANDY GONZALEZ, MARTHA HALL[,] and CLARA CUELLO, and secured by $10,000 in cash." Attached to the government's notice is, *inter* alia, a proposed "Order and Judgment of Forfeiture of Bail" (the Order and Judgment").

Accordingly, IT IS HEREBY ORDERED that the parties, Betzandy Gonzalez, Martha Hall, and Clara Cuello shall appear for a conference regarding the government's contemplated motion on June 19, 2012 at 4:30 p.m. At the conference, Defendant, Ms. Gonzalez, Ms. Hall, and Ms. Cuello shall each show cause why the Court should not enter the government's proposed

Order and Judgment. IT IS FURTHER ORDERED that the government shall serve Ms. Gonzalez, Ms. Hall, and Ms. Cuello with separate copies of this Order.

SO ORDERED.

Dated: May 30, 2012
New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE