UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-29-12
```

UNITED STATES OF AMERICA

-v-

JOSE MEDINA,

Defendant.

No. 11 Cr. 676 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

In light of the fact that Defendant is a fugitive, IT IS HEREBY ORDERED that the sentencing scheduled for September 7, 2012 is adjourned *sine die.*

SO ORDERED.

Dated: August 29, 2012
New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE